**United States District Court**
**Violation Notice** (Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| W-51 | E 2165674 | Skorzeski | 5153 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒CFR ☐USC ☐State Code |
|---|---|
| 05-15-2026  1116 | 38 CFR 1.218(b)(11) |

Place of Offense: 3001 N Green Bay Rd. North Chicago, IL 60064

Offense Description: Factual Basis for Charge: Creates loud, boisterous and unusual noise, which obstructs the normal use of entrances, exits which tends to impede or prevent the normal operation of the facility

**DEFENDANT INFORMATION**

Last Name: Gant
First Name: Mark  M.I. A

Street Address: ████████████

**APPEARANCE IS REQUIRED**

A ☒ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**

B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount
+ $30 Processing Fee
$ _____ Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov →

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: 219 S dearborn St Chicago IL 60604
Date: 08/04/2026
Time: 0900

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature: Refused to Sign

Original - CVB Copy

*E2165674*

---

I state that on May 15, 2026 while exercising my duties as a law enforcement officer in the Northern District of Illinois.

See Pre Statement

The foregoing statement is based upon:
☒ my personal observation  ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 05-15-2026  Officer's Signature
Date (mm/dd/yyyy)

Probable cause has been stated for the issuance of a warrant.

Executed on: _____  L.S. Magistrate Judge
Date (mm/dd/yyyy)

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 06/02/2026 11:42